UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **GEORGE MAY**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:17-CV-00970-JAR |
| **NCEP LLC**, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff and Defendant, through their respective undersigned counsel, that the above-captioned action, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

BRODY & CORNWELL

By: /s/ Bryan E. Brody
Bryan E. Brody, #57580 MO
7730 Carondelet Avenue, Suite 135
Clayton, MO 63105
Telephone: 314-932-1068
bbrody@brodyandcornwell.com
*Attorney for Plaintiff*

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
 Joshua C. Dickinson, MO# 51446
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600 (telephone)
jdickinson@spencerfane.com
*Attorneys for Defendant*

So Ordered
/s/ John A. Ross
3/6/2018

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 5th day of March, 2018, with notice of case activity generated and sent electronically to:

SPENCER FANE LLP
Joshua C. Dickinson
jdickinson@spencerfane.com
*Attorneys for Defendant*

                                              /s/ Bryan E. Brody